**Electronically Filed
Supreme Court
SCWC-23-0000380
24-JUN-2026
09:23 AM
Dkt. 23 ODAC**

SCWC-23-0000380

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DAN DAN ZHANG, by and through her managing agent
HONOLULU MANAGEMENT, LLC,
Petitioner/Plaintiff-Appellee,

vs.

DI WU,
Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000380; CASE NO. 1DRC-22-0005097)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Cahill, assigned by reason of vacancy)

Petitioner Dan Dan Zhang's Application for Writ of

Certiorari, filed on April 30, 2026, is hereby rejected.

DATED: Honolulu, Hawaiʻi, June 24, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Peter T. Cahill

